# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| Ali Faraj d/b/a 3900 Builders, | Case No. CV 20 938463 |
| Plaintiff, | |
| v. | Judge Emily Hagan |
| Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance, | |
| Defendant. | |

## DEFENDANT THE OHIO CASUALTY INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL

Now comes The Ohio Casualty Insurance Company, improperly named in the Complaint as Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance, by and through counsel, and gives notice that pursuant to 28 U.S.C. § 1441 and § 1446, a Notice of Removal is being filed with the Clerk of Courts of the United States District Court for the Northern District of Ohio, Eastern Division. A copy of the Notice of Removal is attached as Exhibit A. Accordingly, no further proceedings should be had on this matter in this Court.

Respectfully submitted,

*/s/ William M. Harter*
William M. Harter (0072874)
Caitlin E. Vetter (0090665)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
cvetter@fbtlaw.com
*Attorneys for Defendant The Ohio Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

On this 9th day of November, 2020, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

*/s/ William M. Harter*
William M. Harter (0072874)

# EXHIBIT A